UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
    -v-        :    15-CR-341 (LTS)
        :
MICHAEL HEYWARD,        :    ORDER
        :
        Defendant.        :
        :
-------------------------------------------------------------------X

## ORDER

As stated in the Court's order dated July 30, 2020, a conference in the above-captioned violation of supervised release ("VOSR") proceeding will take place via videoconference on the morning of August 7, 2020, at 11:00 a.m. (See docket entry no. 145.) If possible, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the VOSR proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

    SO ORDERED.

Dated: New York, New York
       August 4, 2020

                                                    /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -v-

MICHAEL HEYWARD,
                              Defendant.
-----------------------------------------------------------------X
```

**WAIVER OF RIGHT TO BE PRESENT AT A CRIMINAL PROCEEDING**

**15-CR-341 (LTS)**

**Check Proceeding that Applies**

\_\_\_\_    Arraignment

I have been given a copy of the Probation Department's Violation of Supervised Release Report ("Violation Report") containing the charges against me and have reviewed it with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the Violation Report and to have the Violation Report read aloud to me if I wish.  By signing this document, I wish to advise the court of the following.  I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

1)    I have received and reviewed a copy of the Violation Report.
2)    I do not need the judge to read the Violation Report aloud to me.

Date:    _____
         Signature of Defendant

         _____
         Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the Violation Report, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's physical absence.

Date:    _____
         Signature of Defense Counsel


         _____
         Print Name