UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                      :
UNITED STATES OF AMERICA,                                  :
                                                                                      :
              -v-                                                               :              15-CR-341 (LTS)
                                                                                      :
MICHAEL HEYWARD,                                                :              ORDER
                                                                                      :
                              Defendant.                                    :
                                                                                      :
------------------------------------------------------------------------X

<u>ORDER</u>

The Court will request that a conference in Mr. Heyward's violation of supervised release ("VOSR") proceeding take place via **videoconference** on the morning of **September 21, 2020**, **at 9:00 a.m**. No conference date and time can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on September 21, 2020**, until further notice.

The Court will also request that defense counsel be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the sentencing proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

In advance of the conference, Chambers will email the parties with further information on how to access the conference.

To the extent that there are any documents relevant to the VOSR proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**. To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if

defense counsel is unable to do so, the Court will conduct an inquiry during the VOSR

proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

       SO ORDERED.


Dated:  New York, New York
          August 7, 2020


                              /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                             United States District Judge