UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :

UNITED STATES OF AMERICA,            :

       -v-                                     :      15-CR-341 (LTS)

MICHAEL HEYWARD,                    :

                 Defendant.          :
-------------------------------------------------------------------X

## ORDER

The Court has received Mr. Heyward's letter regarding his concerns in connection with his counsel's representation and the conditions at the Metropolitan Correctional Center (MCC), among others.  (See docket entry no. 153.)  Defense counsel is directed to discuss the issues raised in the letter with Mr. Heyward promptly.

      SO ORDERED.

Dated: August 17, 2020
       New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge