UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                      No. 15CR341-LTS

MICHAEL HEYWARD (2),

                Defendant.

-------------------------------------------------------------X

## ORDER

As stated on the record, during the September 11, 2020 telephonic conference, David A. Ruhnke, Esq., was relieved as CJA counsel for the defendant. The Court appointed Steven E. Lynch, Esq., as stand-by CJA counsel for the defendant, who is proceeding pro se.

This resolves DE # 156 and 157.

SO ORDERED.

Dated: New York, New York
        September 16, 2020

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge