UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                  No.  15 CR 341-LTS

MICHAEL HEYWARD,

        Defendant.

---------------------------------------------------------x

## ORDER

The Court received the attached letter from Mr. Heyward dated October 1, 2020, in which Mr. Heyward seeks clarification of his charges and makes a request with respect to the terms of a plea agreement with the Government.  The Court cannot provide Mr. Heyward with any legal advice, including providing any clarifications with respect to his charges.  Further, the Court will cannot, by law, be involved in the negotiation of Mr. Heyward's plea agreement with the Government.  Accordingly, Mr. Heyward should raise his concerns in his letter with the Government directly and, if he wishes, reach out to his standby counsel.

    SO ORDERED.

Dated: New York, New York
       October 6, 2020

                                                                   /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge

Copy mailed to:

Michael Heyward 72250-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007



15 cr 341 (LTS)

Michael Heyward 72250-054
Metropolitan Correctional Center
150 Park Row
New York, N.Y. 10007
Thursday October 1st, 2020

The Chambers of the Honorable
Judge Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl Street Room 1640
New York, N.Y. 10007

God Bless You, Honorable Judge Swain:

    I pray that this correspondence finds you in perfect health and great spirit.

    I am in the process of negotiating a plea deal with AUSA Micah Fergenson, and I require a bit of clarification on my "Violation Charge".

    I know, as a condition of Federal Probation, a probationer shall not be charged with a new local, state or federal crime.

Now, at the August Court appearance you read me, for the purpose of my understanding, the violation charges as they pertain to me. I believe and understand that my Federal Probation violation stems from my "Having State charges against me for the crime of criminal possession of a firearm".

I am not being violated for the actual possession, but for the State charge of possession.

As such, this should be reflected in my written plea deal and my allocution.

Thank You, Your Honor, for your time and attention in this matter. Please have a Blessed day.

Respectfully,
Michael Heyward
Michael Heyward

P.S. - In regards to sentencing -

I would like, and appreciate, if Your Honor would consider the 18 USCS §3553(a) factors as set forth in my Bail Package, as well as my release plans. The §3553(a) factors, as conveyed in my Bail Application, are true and exact. Furthermore, the release plans are no different than how I actually live on a daily basis. I work from early to late, without there being any extra time for extra curricular activities.

Thank you, once again, Honorable Judge Swain.
Have a Blessed day!

Respectfully,
Michael Heyward
Michael Heyward