UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK  10007

CHAMBERS OF
LAURA TAYLOR SWAIN
                                        TEL. (212) 805-0417
                                        FAX  (212) 805-0426

April 2, 2021

<u>By First Class Mail</u>

Mr. Michael Heyward
495 Columbia Street
Apartment #4D
Brooklyn, N.Y. 11231

USA v. Michael Heyward
<u>Case No. 13 CR 341 (LTS) (S.D.N.Y.)</u>

Dear Mr. Heyward:

       I have received and reviewed your March 9, 2021, letter, in which you made a request pursuant to the Freedom of Information Act (FOIA) and the Freedom of Information Law (FOIL) for certain "phone conversations between Teresa Moultry and [yourself]" in addition to a copy of the Motion to Suppress that you filed in your case.  The Court is not subject to FOIA or FOIL, and the recordings you seek are not part of the Court Clerk's file on the supervised release violation proceedings.  Please contact your Probation Officer or your standby lawyer, Mr. Steven Lynch, regarding any recordings of the conversations you seek.  With respect to your request for copies of any documents that have been filed in your case, you may sign up for PACER to view and download documents electronically, or come to the courthouse to view them on a public terminal, where you will also be able to print for a per-page charge.  You may also send a written request to the Records Management department for hard copies for a fee.  Further information and instructions concerning these access methods is available on the Court's website, https://nysd.uscourts.gov.

                                                            Very truly yours,

                                                            Laura Taylor Swain

Enclosure

cc:

    AUSA Micah Ferguson
    Steven Lynch (Standby Counsel for Mr. Michael Heyward)