UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　No.   15 CR 341-LTS-2

MICHAEL HEYWARD,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received and reviewed Defendant Michael Heyward's pro se motion for a reduction in his term of supervised release. (Docket entry no. 195.)  The Government and the Probation Office are directed to respond to Mr. Heyward's motion by **November 12, 2021**.  Mr. Heyward's reply to the responses, if any, must be filed by **November 26, 2021**.  Chambers will mail a copy of this Order to Mr. Heyward.

    SO ORDERED.

Dated: New York, New York
       October 28, 2021

                                                   /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge

**Copy to be mailed to:**

Michael Heyward
409 East 64th Street, Apt 4D
New York, NY 10065